# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**FILED**

FEB 2 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

one thumb drive- "My Flash" by Adata,
one 8GB thumb drive scan disk,
one Seagate external hard drive (serial number 2GEVBN9G)
one Gateway laptop computer (serial number 109914040383)

Case Number:

**2: 0 9 - SW - 0 0 6 4   KJM**

I, <u>Christopher S. Fitzpatrick</u> being duly sworn depose and say:

I am a(n) <u>Internal Revenue Service - Criminal Investigation Special Agent</u> and have reason to believe that
☐ on the person of or ☐ on the property or premises know as (name, description and/or location)

## SEE ATTACHMENT A

in the _____ EASTERN _____ District of _____ CALIFORNIA _____
there is now concealed a certain person or property, namely (describe the person or property to be seized)

## SEE ATTACHMENT B

which is (state one or more bases for search set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

## EVIDENCE, FRUITS AND INSTRUMENTALITIES

concerning a violation of Title <u>18</u> United States code, Sections <u>2, 225, 1006, 1028(a), 1341, 1343, 1344, 1349, 1542, 1956 and 1957</u>

The facts to support a finding of probable cause are as follows:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant
Christopher S. Fitzpatrick, Special Agent
Internal Revenue Services, Criminal Investigation

Sworn to before me and subscribed in my presence,
February 2 7, 2009
Date

<u>Kimberly J. Mueller</u>     <u>U.S. Magistrate Judge</u>
Name of Judge                 Title of Judge

at <u>Sacramento, California</u>
City                          State

_____
Signature of Judge

## II.  **ITEMS TO BE SEARCHED**

5.     I request authorization to search the following items, currently held in the custody of the FBI - Sacramento Division, as more particularly described in **Attachment A**, which were seized during a lawful border search and incident to the February 10, 2009 arrest of CHRISTOPHER J. WARREN A/K/A/ MARK A. SEAGRAVE:

- one thumb drive- "My Flash" by Adata,
- one 8GB thumb drive scan disk,
- one Seagate external hard drive (serial number 2GEVBN9G)
- one Gateway laptop computer (serial number 109914040383)

Based on evidence set forth in this affidavit, there is probable cause to believe that evidence, fruits, and instrumentalities of the crimes listed in paragraphs 6 and 7, below, as more particularly described in **Attachment B** and incorporated herein, are likely to be found within the computer media described above.

## III.  **STATUTUES VIOLATED**

6.     On February 4, 2009, U.S. Magistrate Judge Kimberly J. Mueller of the United States District Court for the Eastern District of California issued a criminal complaint and arrest warrant in case number 2:09-MJ-0046 KJM, for CHRISTOPHER J. WARREN A/K/A MARK A. SEAGRAVE, for the following three violations:

- (1)    Conspiracy to commit bank fraud, in violation of 18 U.S.C. §§ 2, 1349, & 1344 (2 Counts).
- (2)    Mail fraud, in violation of 18 U.S.C.  §§ 2, 1341 (1 Count)
- (3)    Conducting a continuing financial crimes enterprise, in violation of 18 U.S.C. §§ 2, 225 (1 Count)

2

## AFFIDAVIT OF CHRIS FITZPATRICK IN SUPPORT OF SEARCH WARRANT
## I. INTRODUCTION

        A.    Agent's Background and Experience

    1.    I, Christopher S. Fitzpatrick, having been duly sworn, do hereby depose and state the following:

    2.    I am a Special Agent with Treasury Department, Internal Revenue Service - Criminal Investigation ("IRS-CI"), presently assigned to the Sacramento office. I have been employed as a Special Agent since September 2001. In the course of my employment with the IRS-CI, I have conducted or been involved in more than 100 investigations of alleged criminal violations, which have included: aiding or assisting in the preparation of false tax returns (26 U.S.C. § 7206(2)); conspiring to defraud the United States with respect to claims (18 U.S.C. § 286); money laundering (18 U.S.C. §§ 1956, 1957); identity fraud (18 U.S.C. § 1028); conducting an unlicensed money transmitting business (18 U.S.C. § 1960); structuring cash transactions (31 U.S.C. § 5324); mail fraud (18 U.S.C. § 1341); wire fraud (18 U.S.C. § 1343); bank fraud (18 U.S.C. § 1344); false statements in connection with a loan (18 U.S.C. § 1014); theft, embezzlement, or misapplication by bank officer or employee (18 U.S.C. § 656); assisting in the unlawful interception and reception of communications service offered over a cable system (47 U.S.C. § 553(a)(1)); importing controlled substances (21 U.S.C. § 952); distributing controlled substances (21 U.S.C. § 841(a)(1)); making a false statement (18 U.S.C. § 1001); criminal conspiracy (18 U.S.C. §§ 371, 1349) and forfeiture (18 U.S.C. §§ 981, 982). Most of these investigations focused on individuals deriving property from illegal activity.

    3.    I have attended more than 1,000 hours of training in various aspects of criminal investigation, and I have attended classes and seminars dealing specifically with money laundering, various financial crime techniques, and related financial investigative techniques.

    4.    I base this affidavit on my own investigation and the investigative reports of other agents.

1

Moreover, on February 13, 2009, United States Magistrate Judge David K. Duncan of the United States District Court for the District of Arizona, issued a search warrant for a safe deposit box at U.S. Bank in Phoenix that WARREN has rented under the alias of MARK A. SEAGRAVE. That day, agents recovered $7,500 in currency and 276 gold coins worth approximately $413,000. That search warrant found that probable cause existed to believe that WARREN had also committed the following additional crime:

          (4)    Passport Fraud, in violation of 18 U.S.C. § 1542 (1 Count).

**Attachment C** to this affidavit contains the criminal complaint and the search warrant described above, as well the affidavits filed in support of each. The allegations contained in those affidavits are incorporated by reference, except as further modified below.

    7.    The facts described below will also establish probable cause that the following additional violations have occurred:

          (5)    Wire fraud, in violation of 18 U.S.C. §§ 2, 1343

          (6)    Misapplication of funds, in violation of 18 U.S.C. §§ 2, 1006

          (7)    Engaging in monetary transactions in property derived from specified unlawful activity, in violation of 18 U.S.C. §§ 2, 1957.

          (8)    Money laundering, in violation of 18 U.S.C. §§ 2, 1956

          (9)    Aggravated identity theft, in violation of 18 U.S.C. §§ 2, 1028A(a)(1)

## IV. **PROBABLE CAUSE TO BELIEVE EVIDENCE EXISTS**

### A. **Overview**

    8.    The affidavits found at **Attachment C to this affidavit** describe the following:

- WARREN's fraudulent activities at Loomis Wealth Solutions and at other entities from approximately September 18, 2007 through July 7, 2008
- WARREN's intermittent cooperation with the government beginning in September 2008 and ending abruptly on February 1, 2009

3

- Property "flips" WARREN conducted in the Sacramento area before and during his "cooperation" with the government
- The closure of WARREN's businesses in January 2009 following the issuance of grand jury subpoenas to his entities
- WARREN's posting of an internet "confession" on the website of his company, Triduanum Financial, Inc., on February 1, 2009, in which he admitted to processing tens of millions of dollars in fraudulent mortgage loans
- WARREN's flight on a private jet from the United States to Beirut, Lebanon, carrying approximately $4 to $5 million in gold bullion
- WARREN's capture at the U.S. Canadian border on the night of February 10, 2009, with $70,000 in U.S. currency stashed in his boots, as he attempted to sneak back into the country using a passport fraudulently obtained in the name of MARK A. SEAGRAVE.
- WARREN's use of the SEAGRAVE alias to open a safe deposit box in Phoenix, Arizona, to stash hundreds of thousands of dollars in gold coins.

## B. Discovery of Additional Crimes Committed

9.    In recent weeks, the investigation has revealed additional crimes that WARREN and his business partner, SCOTT CAVELL, committed before fleeing the country.

i.    *Wire Fraud and Misapplication of Funds.*

10.    This section describes how WARREN and CAVELL, using their entity, Triduanum Financial, Inc. ("TRIDUANUM"), located in Sacramento, defrauded lender Taylor Bean and Whitaker Mortgage Corp. ("TBW"), located in Atlanta, Georgia, of approximately $7,703,674.91 by a series of 29 wire transfers from December 11, 2008 through January 27, 2009.

11.    On or about October 16, 2008, TRIDUANUM applied with TBW to be a "correspondent lender" for TBW.  A "correspondent lender" generally originates and funds

4

loans in its own name, then sell them off to larger lenders, who in turn service them, or sell them on the secondary market. The loans can be underwritten by the correspondent, but the loan programs are usually based on terms approved by the larger lender, or "sponsor." The correspondent often funds the loan and then, within days, sells it upstream to the sponsor. This describes the relationship between TRIDUANAUM (the correspondent) and TBW (the sponsor). On November 7, 2008, TBW contractually delegated to TRIDUANUM underwriting authority to approve mortgage loans and to "lock and sell" them to TBW. So, once TRIDUANUM represented to TBW that it had underwritten a valid loan, TRIDUANUM would make a wire request of TBW to fund the loan. TBW would then wire the funds to TRIDUANUM's River City Bank account in Sacramento, California. TBW would then own the loan that TRIDUANUM had underwritten. WARREN and the principals of TRIDUANUM promised to use best efforts and to act in good faith in their business dealings with TBW. They even covenanted to audit 20% to 30% of loans each month and to comply with all anti-money laundering laws.

12.     As part of TRIDUANUM's application to TDW, WARREN made a number of false statements. For instance, on or about October 16, 2008, WARREN signed a correspondent certification, stating among other things, that "no officer or director" of TRIDUANUM was "subject to any criminal investigation or charges involving dishonesty, fraud or misrepresentation." In truth, as WARREN knew when he signed this certification, the following officers or directors of TRIDUANUM were all subjects of a federal criminal mortgage fraud investigation:

| Officer | Title |
| --- | --- |
| CHRISTOPHER WARREN | Executive Vice President |
| SCOTT CAVELL | General Manager |
| JOHNNY E. GRIVETTE | President |

13.     On its "correspondent lending application" submitted to TBW on or around October 16, 2008 and stamped "received" by TBW on October 20, 2008, TRIDUANAUM (under the purported signature of JOHNNY GRIVETTE JR., as President, but in handwriting

5

that appears to be that of WARREN), stated that it had a combined $3 Million in financing from "United Financial Investments" ("UFI") and from "private financing." TRIDUANUM represented that UFI was a banking entity and its contact person was "Andrej Wilson." In truth, UFI was a California limited liability corporation in which WARREN and CAVELL were "members/managers." According to corporate records, Andrej Wilson was the organizer of the LLC. But I believe that Wilson was an employee whom WARREN and CAVELL used as a nominee for UFI so as to disguise the true control of UFI. Moreover, in a debrief session with FBI Special Agent Mark Roberts and Assistant United States Attorney Russell L. Carlberg, WARREN described Wilson as a "toolbox" who was so "stupid" that all he could do was falsify documents. WARREN indicated that Wilson carried a thumb drive around his neck that contained templates for falsifying financial documents. These were material facts that were not disclosed to TBW.

14.    Other material falsehoods appear in TRIDUANUM's "correspondent lending application." For instance, TRIDUANUM claimed that none of its principals or corporate officers had been named as a defendant in any lawsuit for alleged fraud or misrepresentation. In truth, on August 25, 2008, in Placer County Case No. SCV23522, investors in Loomis Wealth Solutions had sued GRIVETTE (President of TRIDUANUM) along with LEE LOOMIS and others, for alleged fraud.

15.    On page 1 of its "correspondent lending application," TRIDUANUM incorporated by reference the statements in its attached "Business Plan and Synopsis" and the resumes of its principals. Falsehoods in these documents include:

a.    "Triduanum Financial Inc. was started with a capital contribution stock purchase of $1.2 million by Johnny E. Grivette Jr., President and 90% shareholder." (Page 5 of the business plan). Based on my investigation to date, I have reason to believe that GRIVETTE never made such an investment.

b.    Describing his experience as head of Nationwide Lending Group (NLG) and Advantage Financial Partners (entities controlled by Lee Loomis), GRIVETTE claimed on his resume that he built NLG and AFP into a $10 million company by January 2008. In fact, I know from this investigation that by January 2008, NLG and AFP were essentially bankrupt and borrowing money from other Loomis entities (who were, in turn,

6

defrauding investors) to stay afloat. According to witnesses and bank records, NLG and AFP had title to few, if any, assets.

16.     The resumes of WARREN, CAVELL, GRIVETTE, and HEIDI SARIS (WARREN's sister-in-law) each glowingly described his or her work experience at NLG, all the while omitting to state the following material facts known to them:

- that NLG had its records seized under authority of a federal search warrant in August 2008
- that NLG was, according to multiple witnesses (including WARREN himself), a "boiler room" operation where mortgage loan applications and supporting financial documents were falsified on a routine basis

17.     Having secured a position of trust and access to millions of TBW's dollars by making materially false and fraudulent pretenses and omitting to state material facts on their application materials, WARREN and CAVELL, acting through TRIDUANUM, then set about underwriting mortgage loans on residential real estate. WARREN and CAVELL initially funded eleven residential real estate loans on properties in Arizona, California and Nevada in November and early December of 2008. According to records and analysis provided by TBW, these loans, totaling $2,204,890 appear to have funded and the deeds were recorded. It is presently unknown whether these loan applications contained fraudulent misrepresentations-but knowing WARREN and CAVELL, it is certainly possible. Regardless, WARREN and CAVELL, next set about simply stealing TBW's money.

18.     In connection with a series of loans involving real properties in California, Florida, and Arizona that TRIDUANUM had brokered, WARREN and CAVELL made 29 wire transfer requests to TBW between December 11, 2008 and January 27, 2009, totaling $7,703,674.91. Twenty-seven of these wires were from TBW's bank account in Florida to TRIDUANUM's bank account at River City Bank, in Sacramento, California. WARREN and CAVELL were signatories on the latter account. One wire for $241,600 went to a Comerica Bank account in California. Another wire for $110,000 went to the Gulfstream Business Bank in Florida. So, at least 28 of the 29 wires were interstate in nature. Twenty-seven of the wires into the TRIDUANUM bank account amounted to approximately $7,352,074.91. Next, rather than

7

recording the deeds and disbursing the money as required on the HUD-1 Settlement Statements, WARREN and CAVELL simply redirected the funds from the TRIDUANUM account to gold bullion dealers and to multiple other accounts controlled by them and members of their families.

19.     From a detention facility in Ohio, on February 17, 2009, WARREN mailed a handwritten letter of "apology" to Assistant United States Attorney Russell L. Carlberg. In the letter, WARREN admitted that he had taken assets of "TBW." He said that he "couldn't find the strength" to admit to the government and to his attorney, Donald Heller, that, during his cooperation, he was in the process of planning and executing another large fraud. WARREN's letter is additional evidence that, all along, he planned to defraud TBW before ever making his wire transfer requests in December 2008 and January 2009.1

20.     The above facts establish probable cause to believe that WARREN and CAVELL, between December 11, 2008 and January 27, 2009, engaged in at least 28 counts of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2. There is also probable cause to believe that WARREN and CAVELL, as officers, agents, and employees connected "in any capacity" with any mortgage loan corporation, acted with intent to deceive by willfully making a false entry or misapplying the funds of a mortgage lender, in violation of Title 18, United States Code, Sections 1006 and 2. As officers and agents of TRIDUANUM, a "corresponding lender" to TBW, WARREN and CAVELL were agents and officers of an entity connected contractually and with a fiduciary duty to TDW, a mortgage lending corporation. WARREN and CAVELL clearly acted with intent to deceive, and they most certainly misapplied TBW's funds. They also made false entries by making wire transfer requests under the pretense that the money would go to fund loans, when, in fact, they simply intended to steal the money.

### ii.     *Money Laundering*

21.     FBI financial analysts have been able to trace $4,721,180 of what appears to be TBW's money to gold bullion and rare coin dealers in another state. Those transfers of funds

---

1 WARREN also claimed that he had been taking up to 40 hydrocodone pills per day. WARREN admitted that he had "exposed" his wife to "trouble." He ended the letter by asking AUSA Carlberg to allow him to play the role of fraud expert for the FBI, "as Frank Abignale did for the DOJ/FBI."

were made by WARREN and CAVELL by means of debits from the TRIDUANUM bank account at River City Bank in Sacramento. Additionally, WARREN and CAVELL directed funds well in excess of $1,000,000 from the TRIDUANUM account to a bank overseas and to other accounts controlled by WARREN, CAVELL, and WARREN's wife. What follows are some specific examples of these transfers.

22.     Following large wire transfers of funds in from TBW, on December 12, 2008, a debit for $240,900 was made from the TRIDUANUM's River City bank account (the funds of which were federally-insured) to a gold bullion dealer. On December 19, 2008, $251,280 was debited from the same account to a gold bullion dealer. On January 12, 2009, $1,199,890 was debited from the TRIDUANAM River City Bank account to a gold bullion dealer. The same day, another $399,250 was debited to a different gold bullion dealer from the same account. After the TRIDUANUM account was depleted down to $127,162, on January 23, 2009, eleven wire transfers from TBW totaling almost $2,500,000 arrived in the TRIDUANUM account. Within three days of these large deposits from TBW, debits totaling over $1,700,000 were made out of the TRIDUANUM account to gold bullion dealers. Additionally, during this time period, hundreds of thousands of dollars in funds were debited from the TRIDUANUM account to other bank accounts controlled by WARREN, CAVELL, and WARREN's wife, MELISSA WARREN a/k/a MELISSA SARIS. Over $1,000,000 was transferred from the TRIDUANUM account to a foreign bank.

23.     I have probable cause to believe that all of the transactions described in paragraph 22, above, were from the proceeds of "specified unlawful activity," as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1), to wit: wire fraud (18 U.S.C. § 1343); and as defined in Section 1956(c)(7)(D), to wit: misapplication of funds (18 U.S.C. § 1006). These movements of funds from the TRIDUANAUM account were in excess of $10,000, and, therefore, were made in violation of Title 18, United States Code, Section 1957.

24.     As noted above, WARREN and CAVELL transferred a total $4,721,180 from the TRIDUANUM River City bank account to gold bullion and rare coin dealers. I have interviewed these dealers and I have obtained records, including video surveillance of the men who came in to take delivery of the gold bullion. The transaction records show that MARK A. SEAGRAVE and ADAM KINGSBURY CURRY purchased the gold. I know that WARREN fraudulently

9

obtained a passport in the name of MARK A. SEAGRAVE and used that passport to travel to Lebanon with gold bullion. I also know that SCOTT CAVELL fraudulently obtained a passport in the name of ADAM KINGSBURY CURRY. I have met and interviewed both WARREN and CAVELL. I have also viewed a number of photographs of the two men. In my opinion, the men seen in the surveillance photos taking delivery of the gold are WARREN and CAVELL.

25. Based on the facts above, I believe that there is probable cause that the movements of funds from TRIDUANUM's River City Bank account to the gold bullion and coin dealers was designed to conceal and disguise the nature, location, source, ownership, and control, of the proceeds of specified unlawful activity. Therefore, I also have probable cause to believe that, between December 12, 2008 and January 27, 2009, on multiple occasions, WARREN and CAVELL violated Title 18, United States Code, Section 1956(a)(1)(B)(i).

### iii. *Flight From Justice: Passport Fraud and Aggravated Identity Theft*

26. After posting a seven-page internet "confession" on or about February 1, 2009, WARREN fled the country. According to the investigation, including interviews with the charter jet flight crew members, CHRISTOPHER J. WARREN, traveling under a passport he fraudulently obtained in the name MARK A. SEAGRAVE (as more fully described in the search warrant in Attachment C), fled the country on a private jet on February 2, 2009. He paid approximately $156,000 for the chartered jet from Las Vegas. Arriving at the airfield by stretch limousine in Las Vegas, Nevada, WARREN was then flown to Ireland, through Portsmouth, New Hampshire, where the crew members rested before flying WARREN on the next leg of his journey. Approximately 14 hours after landing in Ireland, WARREN then flew by the charted jet to Beirut, Lebanon, where he was met by escorts, some of whom were dressed in military uniforms. Flight personnel described WARREN carrying bags, including what the pilot described as a reinforced polished metal briefcase that weighed approximately 60 to 65 pounds. WARREN said he had with him $4 million to $5 million worth of precious metals. On the plane, one of the flight attendants saw WARREN remove approximately 6 gold bars from one of his bags. WARREN claimed to the flight attendant that he worked in the gold business. As described further below, WARREN traveled using a passport issued in the name of MARK A.

10

SEAGRAVE, but bearing a picture of WARREN. During the flight, WARREN was telling family stories to the flight attendant. During the stories, he referred to his father calling him "Chris," which the flight attendant thought was odd since he claimed his name was "Mark."

27.     On or about February 6, 2009, FBI resources tracked WARREN to a room at the Port Emelio Hotel in Kasslick-Jounieh, Lebanon. Agents recovered evidence that WARREN fled the room in a hurry. Left behind were gold coins, a letter from WARREN's wife professing her love for WARREN, family photographs, and false identity documents in the name of Stephen Douglas Saris. Saris is the maiden name of WARREN's wife, Melissa. Heidi Saris was also an employee of Loomis Wealth Solutions, and later Triduanum Financial, who worked processing fraudulent loans for WARREN.

28.     On approximately February 9, 2009, WARREN left Beirut and flew into Toronto, Canada, arriving on February 10, 2009. WARREN was arrested attempting to cross the Canadian border into Buffalo, New York around 11:15 p.m. EST on February 10, 2009. He was traveling with fraudulent passports in the names of MARK A. SEAGRAVE and ANTHONY KIM. Like MARK SEAGRAVE, ANTHONY KIM is a real person whose identity WARREN used in order to obtain the fraudulent passport. What follows below are the facts that establish that WARREN committed passport fraud and aggravated identity theft in obtaining the ANTHONY KIM passport.

29.     On November 26, 2008, a person purporting to be ANTHONY HAN KIM, using a date of birth and a social security number belonging to KIM, applied for a United States passport at the Perkins Branch Post Office in Sacramento, California. The address provided on the application was 9310 Tech Center Drive, in Sacramento, California. This is an address known to be associated with WARREN and CAVELL. Moreover, "Triduanum Financial" was listed on the application as the employer. Also, a photograph of WARREN appears on the application. The person purporting to be ANTHONY KIM submitted a California Birth Certificate and a California Driver's license, both in the name of ANTHONY HAN KIM, as proof of identity. An "Affidavit of Identifying Witness" was submitted by SCOTT CAVELL, swearing under oath, that the person applying for the passport was ANTHONY KIM. Passport number 454257405 was issued. On December 3, 2008, the person claiming to be ANTHONY HAN KIM submitted to the U.S. Department of State a form DS-86, "Statement of Non-receipt

11

of a Passport." The U.S. State Department mailed a new passport in the name of ANTHONY HAN KIM to Sacramento.

30.     I also know that WARREN and CAVELL carried out the same pattern of passport fraud when CAVELL obtained a passport in the name of DANIEL JOSEPH YRIATE in Sacramento on or about December 2, 2008. On that occasion, WARREN attested that the person applying for the passport was YRIATE. The same indicia of fraud appear on the YRIATE passport application: CAVELL's photograph, CAVELL's use of YRIATE's birth certificate and date of birth, the use of the 9130 Tech Center Drive address in Sacramento, and the employer listed as "Triduanum Financial, Inc."

31.     Based on the above facts, I have probable cause to believe that WARREN (aided and abetted by CAVELL), and CAVELL (aided and abetted by WARREN), obtained valid United States passports by fraud, in violation of Title 18, United States Code, Section 1542.

32.     Under 18 U.S.C. § 1028A(c)(7), passport fraud is a predicate offense of aggravated identity theft. Under 18 U.S.C. § 1028A(a)(1), the use of the means of identification of another in the commission of a predicate offense is a separate felony. Under 18 U.S.C. § 1028(d)(7), the "means of identification of another" includes the name, birth date, government issued identification. Here, WARREN's use of KIM's name, birth date and birth certificate in the commission of passport fraud satisfies the elements of aggravated identity theft (18 U.S.C. § 1028A(a)(1)). Likewise, CAVELL's use of YRIATE's name, birth date and birth certificate in the commission of passport fraud satisfies the same elements.

## C. Permeated by Fraud

33.     As outlined herein and in the affidavits at Attachment C, WARREN, age 26, admitted that he has led a life of fraud. Based on the results of this investigation, including analysis of bank records, loan documents, interviews of WARREN and his co-conspirators, and WARREN's own posted internet "confession," I have probable cause to believe that WARREN processed tens of millions of dollars of fraudulent mortgage loans. In multiple discussions WARREN held with federal agents and the Assistant United States Attorneys on this case, WARREN essentially admitted that nearly every transaction he has touched had some element of

12

fraud in it. WARREN admitted that Triduanaum Financial, Inc., DPAF, Inc., United Financial Investments Enterprises, Inc, Creative Wealth Real Estate, Inc., and Warren Cavell Real Estate, were simply entities he created in an attempt to replicate the fraud scheme learned at Loomis Wealth Solutions, Nationwide Lending Group, and other Loomis-related entities. Based on the investigation to date, I have probable cause to believe that CHRISTOPHER J. WARREN, SCOTT CAVELL, and the entities listed above, conduct no legitimate business and that the sole purpose of these persons' business activities and the activities of their entities is to perpetrate various schemes to defraud. I have probable cause to believe that the above mentioned entities are alter egos for WARREN and CAVELL to conduct their schemes to defraud, and that all of the records associated with them are likely to be evidence of criminal activity and, therefore, subject to search and seizure.

## D.     Computer and Other Items Seized Incident to Arrest

34.     As a result of a search incident to WARREN's arrest at the U.S.-Canada border, agents discovered that WARREN had stashed approximately $70,000 currency in his cowboy boots, was carrying 4 ounces of platinum, and had photocopies of 32 Assay Certificates issued by a Swiss company attesting to the purity of gold, two keys to a safe deposit box, one thumb drive- "My Flash" by Adata, one 8GB thumb drive scan disk, one Seagate external hard drive (serial number 2GEVBN9G), and one Gateway laptop computer (serial number 109914040383). I have probable cause to believe that evidence of the fraudulent activities of WARREN are located in the computer media discussed above.

## V. COMPUTERS AND ELECTRONIC DATA

35.     From interviews of WARREN, I understand that he is sophisticated with the use of computers. WARREN spoke knowledgeably about computer databases, computer systems, internet security, and servers. WARREN indicated that many of his business operations were conducted using computers and the internet. WARREN indicated that he used programs such as Adode Professional and Microsoft Paint to falsify documents. Those statements have been

13

corroborated by other witnesses. On documents provided to TBW, WARREN lists himself as a "Web Administrator" for TRIDUANUM. Via counsel, WARREN has provided to the government on a thumb drive documents related to Loomis Wealth Solutions and other real estate entities. In comments already related above, WARREN indicated that his employee, Andrej Wilson, maintained fraudulent document templates on a thumb drive. It is reasonable to believe that WARREN himself would likewise maintain such documents on the thumb drives the government seized from him at the U.S.-Canadian border.

36.     I know that WARREN has acknowledged to Special Agent Roberts that he used multiple email accounts, running into the hundreds. He also changed telephone numbers frequently. I know from bank records that WARREN was a signatory on dozens of bank accounts. WARREN would need to keep track of account numbers, passwords, and other information vital to running his fraudulent enterprises. I know that WARREN fled with millions of dollars and transferred over a million dollars overseas. WARREN would also want to have ready access to this money while on the run. It is reasonable to believe that WARREN would store information related to his fraud proceeds on the computer media seized from him at the border.

37.     Based on my training, experience, participation in other fraud investigations, I know that:

a.     Persons involved in fraud often maintain facsimile messages, letters, e-mails, records of telephone calls, and telephone/address books identifying the identities of their co-conspirators.

b.     Persons involved in fraud often also maintain records of their financial/ business transactions and assets.

c.     Persons involved in fraud often maintain the above described records for long periods of time. There are many reasons why criminal offenders maintain evidence for long periods of time. The evidence may be innocuous at first glance (e.g. financial, credit card and banking documents, travel documents, receipts, documents reflecting purchases of assets, personal calendars, telephone and address directories, check books, videotapes and photographs, utility records, ownership records, letters and notes, tax returns and financial records, escrow files, telephone and pager bills, keys to safe deposit boxes, packaging materials, computer

14

hardware and software), but have significance and relevance when considered in light of other evidence. The criminal offender may no longer realize he/she still possesses the evidence or may mistakenly believe law enforcement could not obtain a search warrant to seize the evidence. The criminal offender may also be under the mistaken belief that he/she has deleted, hidden or further destroyed any computer-related evidence, but which may be retrievable by a trained forensic computer expert electronically on computers or computer disks at their home and businesses. In addition, I know from training and experience that white collar criminals often use computers, cellular telephones, and other devices for communicating, storing information, and for executing their schemes. As indicated above, I have specific reason to believe that WARREN, in particular, is the type of white collar criminal who maintains the above records on computer storage media, such as thumb drives and computer hard drives.

    d.    The records and documents described above all may be seized. Moreover, the specific records and evidence listed in Attachment B, incorporated herein by reference, may also be seized.  Each of the persons and entities named in Attachment B, paragraph # 3 are related to Warren's fraudulent action this

    e.    As used herein, the terms records, documents and materials includes records and documents created, modified or stored in electronic or magnetic form and any data, image, or information that is capable of being read or interpreted by a computer, including floppy disks, hard disks, tapes, CD-ROMs, CD-R, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, thumb drives, PC cards, memory calculators, electronic dialers, cellular telephones, electronic notebooks, and personal digital assistants (including I-PODs and MP3 players).

    38.    Based upon my knowledge, training and experience, and my consultation with other criminal investigators including fellow IRS-CI agents with specialized training related to computers, I know that computer files or remnants of such files (including e-mails) can be recovered months or even years after they have been downloaded onto a hard drive, deleted or viewed via the Internet. Electronic files downloaded to a hard drive can be stored for years at little or no cost. Even when such files have been deleted, they can be recovered months or years later using readily-available forensics tools. When a person "deletes" a file on a computer, the data contained in the file does not actually disappear; rather, that data remains on the hard drive until it is overwritten by new data. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space - that is, in space on the hard drive that is not allocated to an

15

active file or that is unused after a file has been allocated to a set block of storage space - for long periods of time before they are overwritten. In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file. Similarly, files that have been viewed via the Internet are automatically downloaded into a temporary Internet directory or "cache." The browser typically maintains a fixed amount of hard drive space devoted to these files, and the files are only overwritten as they are replaced with more recently viewed Internet pages. Thus, the ability to retrieve residue of an electronic file from a hard drive depends less on when the file was downloaded or viewed than on a particular user's operating system, storage capacity, and computer habits.

39.     Based upon my training, experience and information related to me by agents and others involved in the forensic examination of computers, I know that computer data can be stored on a variety of systems and storage devices including hard disk drives, floppy disks, compact disks, thumb-drives, personal data assistance, cellular telephones, magnetic tapes and memory chips. I also know that during the search of the premises it is not always possible to search computer equipment and storage devices for data for a number of reasons, including the following:

a.     Searching computer systems is a highly technical process which requires specific expertise and specialized equipment. There are so many types of computer hardware and software in use today that it is impossible to bring to the search site all of the necessary technical manuals and specialized equipment necessary to conduct a thorough search. In addition, it may also be necessary to consult with computer personnel who have specific expertise in the type of computer, software application or operating system that is being searched.

b.     Searching computer systems requires the use of precise, scientific procedures which are designed to maintain the integrity of the evidence and to recover "hidden," erased, compressed, encrypted or password-protected data. Computer hardware and storage devices may contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed. Since computer data is particularly vulnerable to inadvertent or intentional modification or destruction, a controlled environment, such as a law enforcement laboratory, is essential to conducting a complete and accurate analysis of the equipment and storage devices from which the data will be extracted.

16

c.     The volume of data stored on many computer systems and storage devices will typically be so large that it will be highly impractical to search for data during the execution of the physical search of the premises. A single megabyte of storage space is the equivalent of 500 double-spaced pages of text. A single gigabyte of storage space, or 1,000 megabytes, is the equivalent of 500,000 double-spaced pages of text. Storage devices capable of storing fifteen gigabytes of data are now commonplace in desktop computers. Consequently, each non-networked, desktop computer found during a search can easily contain the equivalent of 7.5 million pages of data, which, if printed out, would completely fill a 10' x 12' x 10' room to the ceiling.

d.     Computer users can attempt to conceal data within computer equipment and storage devices through a number of methods, including the use of innocuous or misleading filenames and extensions. For example, files with the extension ".jpg" often are image files; however, a user can easily change the extension to ".txt" to conceal the image and make it appear that the file contains text. Computer users can also attempt to conceal data by using encryption, which means that a password or device, such as a "dongle" or "keycard," is necessary to decrypt the data into readable form. In addition, computer users can conceal data within another seemingly unrelated and innocuous file in a process called "steganography." For example, by using steganography a computer user can conceal text in an image file which cannot be viewed when the image file is opened. Therefore, a substantial amount of time is necessary to extract and sort through data that is concealed or encrypted to determine whether it is evidence, contraband or instrumentalities of a crime. These steps may require agents to conduct more extensive searches, such as scanning areas of the disk not allocated to listed files, or opening every file and scanning its contents briefly to determine whether it falls within the scope of the warrant. In light of these difficulties, your affiant requests permission to use whatever data analysis techniques appear necessary to locate and retrieve the evidence requested to be seized.

## VI. CONCLUSION

40.     In summary, I have probable cause to believe that evidence of the fraudulent activities of WARREN are located in the computer media as described in Attachment A.   I

17

believe that the preceding facts and circumstances and those set forth in the affidavits found at Attachment C, establish probable cause to believe that items sought to be seized in Attachment B are evidence, contraband, fruits of crimes, instrumentalities, or things otherwise criminally possessed, of the crimes listed in paragraphs 6 and 7, above, and will be found on the following locations: one thumb drive- "My Flash" by Adata; one 8GB thumb drive scan disk; one Seagate external hard drive (serial number 2GEVBN9G); and one Gateway laptop computer (serial number 109914040383).

Christopher S. Fitzpatrick
Special Agent
Internal Revenue Service - Criminal Investigation

Approved as to form:

Russell L. Carlberg
Assistant United States Attorney

Subscribed and sworn to before
me this _2 7_ day of February, 2009

Kimberly J. Mueller
United States Magistrate Judge

18

**ATTACHMENT A**
**DESCRIPTION OF ITEMS TO BE SEARCHED**

- one thumb drive- "My Flash" by Adata,
- one 8GB thumb drive scan disk,
- one Seagate external hard drive (serial number 2GEVBN9G)
- one Gateway laptop computer (serial number 109914040383)

The above computer equipment and media are currently in the custody of the FBI - Sacramento Division, 4500 Orange Grove Avenue, Sacramento, California 95841.

## ATTACHMENT B
## ITEMS TO BE SEIZED

**Authorization to make mirror image copy of computer storage files:**

1. The IRS-CI computer specialist is authorized to make a mirror image copy of the computer media, to preserve the integrity of the information. The above referenced electronic device will be searched for the items listed in paragraph 3-4 of this attachment.

2. All instruction or programs stored in the form of electronic or magnetic media, which are capable of being interpreted by a computer, or related components. The items to be seized include, but are not limited to, operating systems, application software, passwords, decryption keys, utility programs, compilers, interpreters, and any other programs or software used to communicate with computer hardware or peripherals either directly or indirectly via telephone lines, radio, or other means of transmission. The above referenced electronic devices will be searched for the items listed in paragraphs 3-4 of this attachment.

3. The business books and records of CHRISTOPHER WARREN aka MARK A. SEAGRAVE and ANTHONY HAN KIM, SCOTT CAVELL aka ADAM KINGBURY CURRY and DANIEL JOSEPH YRIATE, JOHNNY GRIVETTE JR, HEIDI SARIS, MELISSA WARREN aka MELISSA SARIS, JASON SANBEI, ANDRIJ WILSON, LEE LOOMIS, GARRET GILILLAND III, LOOMIS WEALTH SOLUTIONS, NATIONWIDE LENDING GROUP, LENDER SERVICES DIRECT, TRIDUANAUM FINANCIAL, INC., DPAF, INC., UNITED FINANCIAL INVESTMENTS ENTERPRISES, INC., CREATIVE WEALTH REAL ESTATE, INC., WARREN CAVELL REAL ESTATE, TAYLOR BEAN and WHITAKER MORTGAGE CORP., AMERIQUEST, WTL, their officers, agents, employees and alter egos, and any other derivations of these names, to include:

> loan and escrow records, electronic calendars, invoices and related records, customer biographic records, correspondence, tax returns and related tax records, Forms 1040, 1099 and W-2's, Schedule E, general ledgers, lease agreements, verifications of deposit, rent, employment, business journals, proposed budgets, incorporation documents, minutes from corporate meetings, correspondence, corporate resolutions, bank statements, account numbers, credit card information, wire transfer records, loan statements, and any other records that reflect the receipt of income and the obtaining and/or transfer of assets and the expenditure of proceeds.

4. Identity documents, birth certificates, passports and applications, travel itineraries, information related to flight abroad to Lebanon and elsewhere.

# Attachment C

# UNITED STATES DISTRICT COURT

## *District of Arizona*

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

U.S. Bank
Safe Deposit Box Number 106          **Case Number:**
101 N. 1st Avenue, Suite 110
Phoenix, Arizona 85003

TO:   Agents of the Federal Bureau of Investigation and any Authorized Officer of the United States.

Affidavit(s) having been made before me by affiant, F.B.I. Special Agent Kathleen Nicholls, who has reason to believe that
/__/ on the person of or / _X_/ on the premises known as (name, description and/or location)

U.S. Bank
Safe Deposit Box Number 106
101 N. 1st Avenue, Suite 110
Phoenix, Arizona 85003

in the District of Arizona there is now concealed a certain person or property namely (describe the person or property)

### SEE ATTACHMENT A.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                                                            Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to <u>any United States Magistrate Judge</u> as required by law.
                              United States Judge or Magistrate Judge

_____        at    <u>Phoenix, Arizona</u>
Date and Time Issued                                      City and State

<u>David K. Duncan, United States Magistrate Judge</u>        _____
Name and Title of Judicial Officer                        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## *District of Arizona*



## In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

Case Number: 09 - 6085 MB

U.S. Bank
Safe Deposit Box Number 106
101 N. 1st Avenue, Suite 110
Phoenix, Arizona 85003

I, Kathleen Nicholls, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation and have reason to believe that /__/ on the person of or /x/ on the premises known as (name, description and/or location)

U.S. Bank
Safe Deposit Box Number 106
101 N. 1st Avenue, Suite 110
Phoenix, Arizona 85003

in the District of Arizona there is now concealed a certain person or property, namely, (describe the person or property)

## SEE ATTACHMENT A.

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
Property that constitutes evidence of the commission of a criminal offense; or
Contraband, the fruits of crime, or things otherwise criminally possessed; or
Property designed or intended for use or which is or has been used as a means of committing a criminal offense,

in violation of Title 18 , United States Code, Sections 1341, 1344, 1349, 225, and 1542. The facts to support the issuance of a Search Warrant are as follows:

### See attached Affidavit incorporated by reference herein

Continued on the attached sheet and made a part hereof.  X  Yes  __ No

Reviewed by AUSA Gary Restaino

Sworn to before me, and subscribed in my presence

Date Feb. 13 209, 10:15 A.M.     at

Signature of Affiant

Phoenix, Arizona
City and State

David K. Duncan, United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A

## ITEMS TO BE SEIZED

U.S. Bank, Safe Deposit Box #106, registered to MARK A. SEAGRAVE, located at 101 N. 1st Avenue, Suite 110, Phoenix, Arizona 85003

1. currency
2. coins
3. precious metals, including, ~~but not limited to~~, gold and platinum
4. gemstones
5. jewelry
6. financial records
7. titles to assets
8. bearer instruments
9. safe deposit keys to other boxes
10. storage locker keys
11. corporate records
12. identification documents

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### AFFIDAVIT

1.　　I, Kathleen Nicolls, having been duly sworn, do hereby depose and state the following:

2.　　I am a Special Agent with the Federal Bureau of Investigation (FBI), presently assigned to the Sacramento, California office. I have been employed as a Special Agent since September 2006. During that time, I have received training and have experience in the investigation of fraud and other financial crimes. As part of my duties and responsibilities, I investigate loan and credit fraud, mail fraud, wire fraud, bank fraud, and money laundering under 18 U.S.C. §§ 1014, 1028(a), 1341, 1343, 1344, 1956 and 1957.

3.　　I base this affidavit on my own investigation and on findings provided to me by U.S. Bank employees and the investigative reports of other agents.

### STATUTUES VIOLATED

4.　　On February 4, 2009, U.S. Magistrate Judge Kimberly J. Mueller of the United States District Court for the Eastern District of California issued a criminal complaint and arrest warrant in case number 2:09-MJ-0046 KJM, for CHRISTOPHER J. WARREN A/K/A MARK A. SEAGRAVE (see Attachment B), for the following three violations:

> (1)　　Conspiracy to commit bank fraud, in violation of 18 U.S.C. §§ 2, 1349, & 1344 (2 Counts).
>
> (2)　　Mail fraud, in violation of 18 U.S.C. §§ 2, 1341 (1 Count)
>
> (3)　　Conducting a continuing financial crimes enterprise, in violation of 18 U.S.C. §§ 2, 225 (1 Count)

Additionally, as set forth below, there is probable cause to believe that CHRISTOPHER J. WARREN A/K/A MARK A. SEAGRAVE committed the following violation on or about January 24, 2009:

> (4)　　Passport Fraud, in violation of 18 U.S.C. § 1542 (1 Count)

### LOCATIONS TO BE SEARCHED

5.　　Based on evidence set forth in this affidavit, there is probable cause to believe that evidence of the crimes listed in paragraph 4, above, are likely to be found at the following location:

1

U.S. Bank, Safe Deposit Box #106, registered to MARK A. SEAGRAVE, located at 101 N. 1ˢᵗ Avenue, Suite 110, Phoenix, Arizona 85003

## PRIMARY SUBJECTS OF INVESTIGATION

6.    Please reference criminal complaint and arrest warrant # 2:09-MJ-0046 KJM, approved by U.S. Magistrate Judge Kimberly J. Mueller of the Eastern District of California on February 4, 2009 (see Attachment B.)

## ASSOCIATE/NOMINEE NAMES

7.    Please reference criminal complaint and arrest warrant # 2:09-MJ-0046 KJM, approved by U.S. Magistrate Judge Kimberly J. Mueller of the Eastern District of California on February 4, 2009 (see attachment B.)

## PROBABLE CAUSE TO BELIEVE EVIDENCE EXISTS

8.    As outlined in the affidavit in support of the criminal complaint and arrest warrant (see Attachment B), WARREN, age 26, admitted that he has led a life of fraud. Based on the results of this investigation, including interviews of WARREN and WARREN's own posted internet "confession", I have probable cause to believe that WARREN processed tens of millions of dollars of fraudulent mortgage loans. Based also on these sources, it is clear that WARREN was well-compensated for his fraudulent activities. For instance, while he was an employee of Loomis Wealth Solutions he was paid hundreds of thousands of dollars per year. Moreover, in his internet confession WARREN bragged about owning multiple houses and in excess of twenty automobiles, all a result of fraud he committed at Loomis Wealth Solutions and at Ameriquest Mortgage. Since he left Loomis Wealth Solutions around May 2008, WARREN started his own companies in the Sacramento area, which he also admitted were fraudulent mortgage operations. After service of grand jury subpoenas on these new entities, WARREN shut down his new entities in January 2009.

9.    Investigation has revealed that just prior to WARREN's cooperation with the U.S. government and continuing during his cooperation, WARREN perpetrated multiple fraud schemes. WARREN admitted that he engaged in illegal "property flipping." For example, on or about July 28, 2008, WARREN's company, CREATIVE WEALTH, purchased a property located at 3135 Gladys Ave, West Sacramento, California, for $125,000. According to public records, on or about July 30, 2008 (2 days later from when CREATIVE WEALTH purchased the property), CREATIVE WEALTH sold the Gladys Avenue property to straw buyer S.R., for $400,000. The Gladys Avenue property is currently in default. Another example, on or about September 12, 2008, CREATIVE WEALTH purchased the property located at 2841 Albatross Way, Sacramento, California for $151,500. According to public records, on or about October 21, 2008, CREATIVE WEALTH sold the Albatross Way property to straw buyer P.M., for $319,000. Lastly, for example, on or about September 19, 2008, CREATIVE WEALTH

2

purchased the property located at 133 Monticello Ave, Rio Linda, California, for $115,000. According to public records, on or about October 9, 2008, CREATIVE WEALTH sold the property to straw buyer J.A., for $305,000. Just from these examples, records indicate that WARREN cleared many hundreds of thousands of dollars in fraud proceeds in a short period of time. These are just examples, as we have identified additional fraudulent mortgage transactions similar to these.

10.     After posting a seven-page internet "confession" on or about February 1, 2009, WARREN fled the country.

11.     According to the investigation, including interviews with the charter jet flight crew members, CHRISTOPHER WARREN, traveling under the alias MARK A. SEAGRAVE, fled the country on a private jet on February 2, 2009. He paid approximately $156,000 for the chartered jet from Las Vegas. Arriving at the airfield by stretch limousine in Las Vegas, Nevada, WARREN was then flown to Ireland, through Portsmouth, New Hampshire, where the crew members rested before flying WARREN on the next leg of his journey. Approximately 14 hours after landing in Ireland, WARREN then flew by the chartered jet to Beirut, Lebanon, where he was met by escorts, some of whom were dressed in military uniforms. Flight personnel described WARREN carrying bags, including what the pilot described as a reinforced polished metal briefcase that weighed approximately 60 to 65 pounds. WARREN said he had with him $4 million to $5 million worth of precious metals. On the plane, one of the flight attendants saw WARREN remove approximately 6 gold bars from one of his bags. WARREN claimed to the flight attendant that he worked in the gold business. As described further below, WARREN traveled using a passport issued in the name of MARK A. SEAGRAVE but bearing a picture of WARREN. During the flight, WARREN was telling family stories to the flight attendant. During the stories, he referred to his father calling him "Chris," which the flight attendant thought was odd since he claimed his name was "Mark."

12.     On or about February 5, 2009, I received a copy of a United States passport application in the name MARK ANDREW SEAGRAVE ("SEAGRAVE") from a U.S. Department of State official. A review of the passport application revealed SEAGRAVE listed his mailing address as 1212 K Street, Sacramento, California. SEAGRAVE listed under the section "Travel Plans" of the passport application, that on February 3, 2009, he planned to travel to Mexico for 6 months. Attached to the passport application was a photograph of the purported person SEAGRAVE. According to a U.S. Department of State official, on or about January 28, 2009, the U.S. Department of State granted a United States passport in the name of SEAGRAVE, number 450640495, with an expiration date of January 27, 2019.

13.     According to the California Department of Corporations, Triduanum Financial, Inc., maintains an active California Finance Lender license at 1515 K Street, Suite 1647, Sacramento, California. Furthermore, according to the California Secretary of State, Triduanum Financial, Inc., has had an active license since July 23, 2008, and the agent of service of process is CHRISTOPHER WARREN, 1215 K Street, Suite 1647, Sacramento, California. On or about February 6, 2009, I obtained a copy of California DMV Driver's License photograph in the name

3

of CHRISTOPHER JARED WARREN. I compared the photograph attached to the passport application in the name of SEAGRAVE with the photograph contained on the California Driver's License of WARREN. Both photographs appear to be of the same person. Moreover, I have met with WARREN in person and firmly believe the photograph in the SEAGRAVE passport application is a photograph of CHRISTOPHER J. WARREN. There is probable cause to believe WARREN, by obtaining a passport in another's name, committed passport fraud, in violation of 18 U.S.C. § 1542.

14.     On or about February 6, 2009, FBI resources tracked WARREN to a room at the Port Emelio Hotel in Kasslick-Jounieh, Lebanon. Agents recovered evidence that WARREN fled the room in a hurry. Left behind were gold coins, a letter from WARREN's wife professing her love for WARREN, family photographs, and false identity documents in the name of Stephen Douglas Saris.

15.     On approximately February 9, 2009, WARREN left Beirut and flew into Toronto, Canada, arriving on February 10, 2009. WARREN was arrested attempting to cross the Canadian border into Buffalo, New York around 11:15 p.m. EST on February 10, 2009. He was traveling with fraudulent passports in the names of MARK A. SEAGRAVE and ANTHONY Haw REST. As a result of a search incident to arrest, agents discovered that WARREN had stashed approximately $70,000 currency in his cowboy boots, was carrying 4 ounces of platinum, and had photocopies of 32 Assay Certificates issued by a Swiss company attesting to the purity of gold, and two keys to a safe deposit box. Among other things, WARREN told agents that the safe deposit box keys were to a safe deposit box in Phoenix, Arizona. WARREN told agents that the safe deposit box contained approximately $700,000 in currency. The keys were in a white U.S. Bank envelope with "#106" written on the envelope.

16.     On February 11, 2009, I telephonically interviewed a U.S. Bank employee who works at the U.S. Bank located at 101 N. 1st Avenue, Suite 110, Phoenix, Arizona, 85003. This employee, who I found to be credible, provided the following information:

> a.     On January 30, 2009, a person who identified himself as Mark SEAGRAVE came into the branch to open a money market account and safe deposit box because he was leaving the country. SEAGRAVE told the employee he was leaving the country to locate investors to purchase bad mortgages held in the United States. The employee believed SEAGRAVE told him that he would be traveling to Serbia, but he is not positive of this. SEAGRAVE expressed concern about opening a money market account with currency because he did not want a "form" prepared due to depositing in excess of $10,000. SEAGRAVE was concerned if a "form" was prepared, his previous employer would be able to monitor the transaction. SEAGRAVE opened a money market account with an opening account deposit of $6,000 in currency.

> b.     In addition to opening a money market account, SEAGRAVE opened a safe deposit box. The bank employee indicated the dimensions of the safe deposit

4

box were approximately 5 inches by 10 inches by 24 inches. The bank employee observed SEAGRAVE wheel in a "metal case" into the private area reserved for individuals to access their safe deposit box. The metal case is described as being 6 inches by 6 inches by 24 inches in size, silver in color, and on wheels. SEAGRAVE told the bank employee that he would need help lifting the box after he put the contents from the "metal case" into the safe deposit box. After SEAGRAVE placed his unknown contents in the safe deposit box, the bank employee lifted the safe deposit box and placed it into the designed slot. The bank employee estimated the safe deposit box weighed approximately 40 pounds after it was loaded with SEAGRAVE's contents. The bank employee estimated that an empty safe deposit box would weigh approximately two pounds.

17.     Also on February 11, 2009, I interviewed a second employee at the same US Bank. This second employee checked bank records, which revealed that on January 30, 2009, MARK A. SEAGRAVE opened safe deposit box number 106.

## CONCLUSION

18.     In summary, I have probable cause to believe that proceeds of the fraudulent activities of WARREN are located in the safe deposit box at U.S. Bank as described in Attachment A. The proceeds of his fraud include currency, coins, and precious metals such as gold and platinum. Based on my training and experience, I believe that perpetrators involved in large financial crimes sometimes hold and conceal valuables that are fungible proceeds of their frauds, such as jewelry, gemstones, and precious metals. Also based on my training and experience, I believe that individuals routinely store cash, jewelry, gold and other precious metals, financial records, and other valuables in safe deposit boxes. I therefore request authority to seize currency, coins, jewelry, gemstones, and precious metals. In addition, because I know WARREN has obtained several false identification documents, I request authority to seize from the safe deposit box any identification documents found inside. Additionally, because WARREN was engaged in a mortgage fraud scheme, I request authority to seize from the safe deposit box any financial records, title to assets, bearer instruments, safe deposit keys to other boxes, storage locker keys, corporate records, and identification documents found inside. I believe that the preceding facts and circumstances and those set forth in criminal complaint and arrest warrant # 2:09-MJ-0046 KJM (see Attachment B) establish probable cause to believe that items sought to be seized in Attachment A are evidence, contraband, fruits of crimes, instrumentalities, or things otherwise criminally possessed, of the crimes listed in paragraph 4, above, and will be found in the aforementioned safe deposit box.

Subscribed and sworn to
before me this 13 day of
____ 2009

_Kathleen Nicolls_
Kathleen Nicolls
Special Agent
Federal Bureau of Investigation

**DAVID K. DUNCAN**

5

## ATTACHMENT A

### ITEMS TO BE SEIZED

U.S. Bank, Safe Deposit Box #106, registered to MARK A. SEAGRAVE,
located at 101 N. 1ˢᵗ Avenue, Suite 110, Phoenix, Arizona 85003

1. currency
2. coins
3. precious metals, including, ~~but not limited to~~, gold and platinum
4. gemstones
5. jewelry
6. financial records
7. titles to assets
8. bearer instruments
9. safe deposit keys to other boxes
10. storage locker keys
11. corporate records
12. identification documents

7

# Attachment B

# To Search Warrant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

—oOo—

### UNITED STATES OF AMERICA
#### v.

### CHRISTOPHER J. WARREN

#### a/k/a Mark A. Seagrave

## WARRANT FOR ARREST

CASE NUMBER:
2: 0 9 - MJ - 0 0 4 6    KJM

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a

___ Indictment    ___ Information    _X_ Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation

charging him or her with (brief description of offenses)

**Conspired to commit bank fraud in violation of 18 U.S.C. §§ 2, 1349 and 1344, did commit mail fraud in violation of 18 U.S.C. §§ 2 and 1341 and conducted a continuing financial crimes enterprise, in violation of 18 U.S.C. §§ 225, 2.**

in violation of Title 18, United States Code, Sections **2, 225, 1341, 1344 & 1349**

| | |
|---|---|
| KIMBERLY J. MUELLER | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| | February 4, 2009, Sacramento, California |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ Open by    KIMBERLY J. MUELLER | |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT

**ORIGINAL FILED**

**EASTERN** DISTRICT OF **CALIFORNIA**

FEB 0 5 2009

——oOo——

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CHRISTOPHER J. WARREN

a/k/a Mark A. Seagrave

**CRIMINAL COMPLAINT**

CASE NUMBER:

2: 0 9 - M - 0 0 4 6    KJM

*(Name and Address of Defendant)*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Beginning on or about **September 18, 2007 through on or about July 7, 2008** in **Placer and Sacramento Counties**, in the Eastern District of California defendant did, (Track Statutory Language of Offense)

➤ **Conspired to commit bank fraud in violation of 18 U.S.C. §§ 2, 1349 and 1344, did commit mail fraud in violation of 18 U.S.C. §§ 2 and 1341 and conducted a continuing financial crimes enterprise, in violation of 18 U.S.C. §§ 225, 2.**

in violation of Title **18**, United States Code, Sections **2, 225, 1341, 1344 & 1349**. I further state that I am a Special Agent of the Internal Revenue Service and that this complaint is based on the following facts:

➤ **SEE ATTACHED AFFIDAVIT OF IRS-CI SPECIAL AGENT CHRISTOPHER S. FITZPATRICK**

Continued on the attached sheet and made a part of this complaint:  **X**

Signature of Complainant
Special Agent Christopher S. Fitzpatrick
Internal Revenue Service - Criminal Investigation

Sworn to before me, and signed in my presence
February 4, 2009                                        at   Sacramento, California

Date                                                                    City          State

KIMBERLY J. MUELLER          U.S. Magistrate Judge

Name of Judge                        Title of Judge                Signature of Judge

# AFFIDAVIT OF CHRISTOPHER S. FITZPATRICK
# IN SUPPORT OF ARREST WARRANT and CRIMINAL COMPLIANT

## I. INTRODUCTION

### A.    Agent's Background and Experience

1.     I, Christopher S. Fitzpatrick, having been duly sworn, do hereby depose and state the following:

2.     I am a Special Agent with Treasury Department, Internal Revenue Service - Criminal Investigation ("IRS-CI"), presently assigned to the Sacramento office. I have been employed as a Special Agent since September 2001. In the course of my employment with the IRS-CI, I have conducted or been involved in more than 100 investigations of alleged criminal violations, which have included: aiding or assisting in the preparation of false tax returns (26 U.S.C. § 7206(2)); conspiring to defraud the United States with respect to claims (18 U.S.C. § 286); money laundering (18 U.S.C. §§ 1956, 1957); identity fraud (18 U.S.C. § 1028); conducting an unlicensed money transmitting business (18 U.S.C. § 1960); structuring cash transactions (31 U.S.C. § 5324); mail fraud (18 U.S.C. § 1341); wire fraud (18 U.S.C. § 1343); bank fraud (18 U.S.C. § 1344); false statements in connection with a loan (18 U.S.C. § 1014); theft, embezzlement, or misapplication by bank officer or employee (18 U.S.C. § 656); assisting in the unlawful interception and reception of communications service offered over a cable system (47 U.S.C. § 553(a)(1)); importing controlled substances (21 U.S.C. § 952); distributing controlled substances (21 U.S.C. § 841(a)(1)); making a false statement (18 U.S.C. § 1001); criminal conspiracy (18 U.S.C. §§ 371, 1349) and forfeiture (18 U.S.C. §§ 981, 982). Most of these investigations focused on individuals deriving property from illegal activity.

3.     I have attended more than 1,000 hours of training in various aspects of criminal investigation, and I have attended classes and seminars dealing specifically with money laundering, various financial crime techniques, and related financial investigative techniques.

4.     I base this affidavit on my own investigation and on findings provided to me by records maintained by Citibank dba Citimortgage, Inc., a federally-insured bank. I have also conducted several interviews and reviewed interview memoranda prepared by other law enforcement assigned to the Federal Bureau of Investigation and the State of California - Department of Real Estate Enforcement Division. Lastly, I have also conducted IRS-CI agency and pubic database searches. I have not included every fact known to me, rather, only those facts necessary to establish probable cause.

### B.    Charges

5.     I make this affidavit in support of a criminal complaint. The information below establishes probable cause to believe that:

1

(1) On or about September 18, 2007, in the Eastern District of California, defendants CHRISTOPHER J. WARREN a/k/a MARK A. SEAGRAVE and others, in connection with LOOMIS WEALTH SOLUTIONS' victims T.B. and J.B. purchasing the real property located at 16239 Via Solera Circle, #102, Fort Myers, Florida, conspired to commit bank fraud, in violation of 18 U.S.C. §§ 2, 1349, & 1344.

(2) On or about January 16, 2008, in the Eastern District of California, defendants CHRISTOPHER J. WARREN a/k/a MARK A. SEAGRAVE and others, in connection with LOOMIS WEALTH SOLUTIONS' victims R.S. and J.S. purchasing the real property located at 66239 Latana Lane, Desert Hot Springs, California, conspired to commit bank fraud, in violation of 18 U.S.C. §§ 2, 1349, & 1344.

(3) On or about July 7, 2008, in the Eastern District of California, defendants CHRISTOPHER J. WARREN a/k/a MARK A. SEAGRAVE, and others, in connection with purchase of 3737 Castle Pines Lane #4412, Orlando, Florida, by straw buyer Reyes Jiminez Gonzales, did commit mail fraud, in violation of 18 U.S.C. §§ 2, 1341.

(4) Between on or about September 18, 2007 and on or about July 7, 2008, CHRISTOPHER J. WARREN a/k/a MARK A. SEAGRAVE, and others, have conducted a continuing financial crimes enterprise, in violation of 18 U.S.C. §§ 2, 225. This statute criminalizes the receipt of more than $5 million in gross receipts from financial institutions in any two year period, combined with three or more frauds that involved four or more persons acting in concert. It carries a minimum mandatory sentence of ten years up to life in prison.

C.      Overview of the Investigation

6.      Since at least 2006, WARREN and other directors of LOOMIS WEALTH SOLUTIONS ("LWS"), Nationwide Lending Group ("NLG"), and the NARAS Secured Fund #2 LLC, and related entities, have been running a large Ponzi scheme and real estate mortgage fraud. The fraudulent activities span five states and involves approximately five hundred properties. Losses are estimated at approximately $100 Million. In a nutshell, this complex fraud involves three levels of deceit.

7.      At public investment seminars, LWS lured investors with the promise that the company would serve as an unpaid financial advisor, drafting individualized financial plans for

2

families to get out of debt and to put their home equity to work earning money for college and retirement. Purchasing a life insurance policy through Lawrence Leland "Lee" Loomis (the president of LWS) qualified one as a Tier 1 investor. LWS promised investors who then agree to become Tier 2 investors, that LWS will even advance the cost of their life insurance policies for the first year, loaning them the substantial monthly premiums of around $1,300. LWS does not disclose to investors that it receives a referral fee of approximately $25,000 from AmerUs Insurance (now Aviva, Inc.). To become a Tier 2 investor, the investor had to invest money. LWS liquidated the investors' home equity in their primary residence or misrepresented that retirement funds could be "rolled-over" and invested in LWS and the NARAS Fund without tax consequences. Once the equity was removed from the investor's primary residence (or drained from the retirement account), the money was then invested by purchasing "units" of the NARAS Secured Fund #2 LLC. The NARAS Fund is a $10,000,000 private placement of unregistered securities. The NARAS Fund is controlled by John Hagener, who is LOOMIS's father-in-law. LWS promises investors a guaranteed 12% annual return on investment with the NARAS Fund. LWS claims that the pooled money in the NARAS Fund is loaned out to subprime borrowers at 14%. This supposedly enables LWS to return 12% to investors, clearing a modest 2% as profit for the NARAS Fund. NARAS Fund investors are mailed periodic statements showing their ever-increasing "balance" in the fund. The balance is stated as a dollar amount, always increasing by the promised 12%. In fact, at the time a search warrant was executed on LWS in August 2008, the NARAS Fund had taken in millions of dollars but only had about $1,700 in its account. New investor money has simply been brought in to keep the fund afloat.

8.      After investing their home equity into the NARAS Fund, investors with LWS are offered the opportunity to become Tier 3 investors. Being a Tier 3 investor consists of serving as what LWS actually calls "nominees" to purchase residential real estate in California, Florida, Arizona and Illinois. The individual investors are then matched with multiple properties "in the pipeline" that are purchased from new home builders and others. Investigation has shown that at WARREN's direction, the NLG team of "mortgage helpers" located in the offices of LWS used sophisticated computer programs to scan and alter tax forms, rental income, and other financial information to get loans approved on a massive scale. LWS also simply manufactured verifications of deposit forms using documents from the insolvent NARAS Fund.

9.      The LWS Ponzi scheme also includes a builder bailout scheme involving undisclosed "cash back to buyer" deals, in which LWS received many tens of thousands of dollars per transaction. This money back to LWS was concealed from lenders and from the "nominee" buyers by manipulation of HUD-1 forms and other means.

## II. CITIBANK, NA dba CITIMORTGAGE, Inc., MORTGAGE RECORDS

10.      In the course of this investigation, I reviewed loan records obtained from Citibank, NA dba Citimortgage, Inc., a federally-insured bank. A review of these records revealed WARREN submitted loan applications of LWS Victims R.S., J.S., T.B., and J.B containing fraudulent information with respect to the borrower's gross monthly income, intent to occupy the property, and real estate owned. WARREN was the loan officer on at least 15

3

fraudulent loans, as confirmed by bank records and investigation. Citimortgage is a federally-insured lender and reports over $6 Million in losses. I am including a summary of a few representative examples:

### a.   66239 Lantana Lane, Desert Hot Springs, California

11.   A review of the Citimortgage, Inc., records revealed on or about February 7, 2008, LWS Victims R.S. and J.S., who are husband and wife, purchased the real property located at 66239 Lantana Lane, Desert Hot Springs, California, for approximately $265,051. A review of the loan application to secure funding to purchase the Lantana Lane property revealed that R.S. and J.S. signed the loan application on or about January 16, 2008. Additionally, the loan application revealed that WARREN was the individual that completed the loan application and he also signed his name on the loan application on or about January 16, 2008.

12.   The investigation disclosed that the loan application contained several false statements. First, the loan application indicated R.S. was employed with Rideout Memorial Hospital as a radiation therapist earning $7,139.94 in gross monthly income, while J.S. was employed with Yuba City Unified School District as a teacher/coach earning $6,102.03 in gross monthly income. On or about November 6, 2008, R.S. and J.S. provided a signed attestation letter to Citimortgage, Inc., and attached their monthly paystubs for February 2008, the timeframe they signed the loan application. A review of J.S.'s paystub showed his gross monthly income to be $5,620.29, not $6,102.03. A review of J.S.'s paystub showed her gross monthly income to be $6,628.80, not $7,139.94. I know from experience in mortgage fraud cases that inflating income even by relatively small amounts of money is material to the lender. That is because even small changes in income alter the borrower's debt-to-income ratio, which has the capability of influencing the lender's decision whether to fund the loan. There is probable cause to believe that WARREN inflated both R.S.'s and J.S.'s monthly income to induce Citimortgage, Inc. to fund the loan.

13.   The investigation also disclosed that the loan application fraudulently purported R.S. and J.S. were to occupy the Lantana Lane property as their secondary residence. This statement on the loan application is false. A review of R.S.'s and J.S.'s signed attestation letter on or about November 6, 2008, indicated they had no intentions of owning a second home to live in. The sole purpose of the Lantana Lane property was to acquire an investment property. A Citimortgage Inc. employee indicated the bank would not have funded the loan if the true facts of the transaction had been known.

### b.   16239 Via Solera Circle, #102, Fort Myers, Florida

14.   A review of the Citimortgage, Inc., records revealed on or about March 24, 2008, LWS Victims T.B. and J.B, who are husband and wife, purchased the real property located at 16239 Via Solera Circle, #102, Fort Myers, Florida, for approximately $297,600. A review of the loan application to secure funding to purchase the Via Solera Circle property showed that T.B. and J.B. signed the loan application on or about September 18, 2007. Additionally, the loan

4

application revealed that WARREN was the individual that completed the loan application and he also signed his name on the loan application on or about September 18, 2007.

15.     The investigation disclosed that the loan application contained several false statements. First, the loan application indicated T.B. was employed with S & L Meat Sales earning $7,985 in gross monthly income, while J.B. was employed with S& L Meat Sales earning $4,950 in gross monthly income. On or about November 5, 2008, T.B. and J.B. provided a signed attestation letter to Citimortgage, Inc. A review of attestation letter revealed T.B. indicated his true correct gross monthly income was $5,633.33 not, $7,985 and J.B. indicated her true correct gross monthly income was $2,426.67, not $4,950. There is probable cause to believe that WARREN inflated both R.S.'s and J.S.'s monthly income to induce Citimortgage, Inc. to fund the loan.

16.     The investigation also disclosed that the loan application fraudulently purported that T.B. and J.B. were to occupy the Via Solera Circle property as their secondary residence. This statement on the loan application is false. A review of T.B.'s and J.B.'s signed attestation letter on or about November 5, 2008, indicated they had no intentions of owning a second home to live in. The sole purpose of the Via Solera Circle property was to acquire an investment property. I know from training and experience in mortgage fraud cases that misrepresentations about occupancy are often used to disguise the true purpose of the loan. Based on my training and experience, I know that lenders have many more restrictions on investment properties than on properties that are indicated as primary and/or secondary residences.

17.     Lastly, the investigation disclosed that the loan application failed to list that T.B. and J.B. owned the property located at 8933 Rhine Valley Drive, Bakersfield, California under the section "Schedule of Real Estate Owned" of the loan application. According to Accurint, an IRS-CI paid subscription database, T.B. and J.B. purchased the Rhine Valley Drive property on or about January 30, 2008. A Citimortgage Inc. employee indicated the bank would not have funded the loan if the true facts of the transaction had been known.

## III. STATEMENTS MADE BY CHRISTOPHER J. WARREN

### a. Interview of CHRISTOPHER J. WARREN on September 2, 2008

18.     On or about September 2, 2008, I along with other law enforcement agents interviewed WARREN. Also, present was WARREN's attorney Donald Heller and Assistant United States Attorneys Russell L. Carlberg and Matthew C. Stegman. The interview was conducted under a proffer agreement. In pertinent part, WARREN stated the following:

a.     Prior to September 2007, LOOMIS approached WARREN when he worked for Jeff Tarbell dba ATM Mortgage. WARREN helped broker approximately 18-24 loan files that were given to him by LOOMIS. LOOMIS told WARREN that he was in the mortgage business between 1996 and 1999. LOOMIS liked what he saw in WARREN and in September 2007,

LOOMIS hired WARREN to be the general manager for Advanced Lending Group, Inc dba Nationwide Lending Group, Inc. LOOMIS hired WARREN because NLG was failing and LOOMIS wanted to get it up running again. WARREN had been in the mortgage industry for many years and had lots of experience. In 2004, WARREN formed WTL Financial, Inc., through the California Department of Corporations. This company was a subprime bank that had a $15 million dollar warehouse line that sold loans to other investors to include New Mortgage Company. In November 2006, WARREN surrendered his license and went to work for Jeff Tarbell at ATM Mortgage.

      b. As the general manager for Advanced Lending Group, Inc dba Nationwide Lending Group, Inc., WARREN personally committed fraud and he witnessed other LOOMIS employees committing fraud. The two main areas of fraud occurred with respect to the lease agreements contained in the lender files and assets that included fraudulent bank statements, verification of deposits, and verification of employments. With respect to the lease agreements, eight out of every ten lease agreements contained in the loan files were fraudulent. It was a company policy to create fraudulent lease agreements. WARREN and other LOOMIS employees would often just make up the names of renters to list on the fraudulent lease agreements. The lease agreements were fraudulent because 80% of all the member's investment properties were vacant. But the lenders were being told that the members' investment properties were rented out and cash-flowing. WARREN repeatedly told LOOMIS that he needed to get the members investment properties rented out. The monthly NARAS Fund statements that were sent to the members were used as verification of deposits. Each monthly statement indicated that the member's investment in NARAS Fund had increased, but the fund contained no money, and NARAS never held title to anything.

      c. WARREN indicated every Settlement Statement ("HUD-1") contained in the lender/escrow files was fraudulent. The escrow company that handled these transactions is called Lender Services Direct, which is owned by Joe Gekko, and is licensed with the California Department of Real Estate. WARREN introduced Gekko to LOOMIS. A HUD-1 would be created not showing LOOMIS' commission on the real estate transaction. A second HUD-1 would be created showing LOOMIS' commission on the real estate transaction. The lender would receive the HUD-1 not showing LOOMIS' commission and technically this HUD-1 is an estimated HUD-1 that is not file stamped. The legitimate HUD-1 showing LOOMIS' commission is kept in Gekko's file. LOOMIS compensated Gekko $5,000 per real estate transaction, plus fees. WARREN indicated that escrow companies are usually only compensated between $400 and $1,000 for fees.

      d. WARREN indicated in addition to fraud occurring with respect to the lease agreements and assets, fraud also occurred on the loan applications to secure the investment properties for the members. Members would usually secure a "stated-income" loan to acquire the investment property. WARREN and the personal account managers ("PAM") under him would overstate the member's monthly income on the loan applications. Some members would question the inflated income on the loan applications during the escrow signing. These members were told not to worry because they were obtaining a "stated-income" loan. WARREN or the PAM's under

6

him would never indicate on the loan application that the member intended to utilize the property as his/her primary residence. WARREN also indicated that he and the PAM's would list other real estate owned by the members on the loan applications. At first, they were not doing this because they were getting loans denied.

   e. WARREN indicated he and the PAM's under him also created fraudulent IRS Form Schedule E's. This form is intended to report rental income. Lenders would ask for the Schedule E because member's investment properties would be listed on the loan applications as rentals. WARREN and the PAM's under him would have to create the form upon the lenders request. LOOMIS would issue members a Form 1099 or a Schedule K-1 to report rental income even though the members never actually received the rental income. Members would question LOOMIS with respect to this practice. LOOMIS would inform the members that they are getting free life insurance because he is paying the monthly premiums. Therefore, LOOMIS was issuing the Form 1099's or Schedule K-1's to the members.

   f. WARREN indicated he had several PAM's working under him that included Christina McClain, Jason Sanbei, Scott Cavell, Don Gonzalez, Jason Watson, and Tony Kim. WARREN indicated that these individuals and others were responsible for the fraud that occurred relating to the lease agreements, assets, loan applications, and Schedule E's. WARREN and the PAM's used the software programs Microsoft Paint and Adobe Professional to perpetrate the fraud. WARREN also reminded all the PAM's that they need to abide by the "4506 test." The 4506 test relates to the IRS Form 4506. The IRS Form 4506 is signed by a member and it allows lenders to check the income amount that was reported to the IRS by the member. WARREN indicated this is why they did not prepare fraudulent Form W-2's because lenders would be able to verify the figures through the IRS. WARREN indicated that the fraudulent IRS Schedule E's he prepared would pass the "4506 test" because he was always careful to "zero out" the rental income. In other words, he would never show on a Schedule E an actual profit or positive cash-flow after expenses were deducted.

   g. WARREN indicted as the general manager for Advanced Lending Group, Inc., dba Nationwide Lending Group, Inc., LOOMIS would often tell WARREN that he needed to have 200 loans fund each month. LOOMIS constantly threatened WARREN that he was going to fire him if he did not fulfill LOOMIS' demands. WARREN told LOOMIS that the only way to accomplish LOOMIS' demand would be that WARREN and the PAM's under him would have to falsify loans. LOOMIS would state, "Do what it takes."

   b. Confession Statement by CHRISTOPHER J. WARREN

  19. On or about February 3, 2009, I received an email from an LWS victim indicating News 10 of Sacramento posted a story on their website, www.news10.net, titled "Mortgage Fraud Insider Apologizes." After receiving this email, on February 3, 2009, I logged onto website, www.news10.net, to view the story. The news story indicated that WARREN

replaced the home page of Triduanum Financial with a seven-page essay by him. According to
the California Department of Corporations, Triduanum Financial, Inc. maintains an active
California Finance Lender license at 1215 K Street, Suite 1647, Sacramento, California.
According to the California Secretary of State, Triduanum Financial, Inc. has had an active
license since July 23, 2008, and the agent of service of process is CHRISTOPHER WARREN,
1215 K Street, Suite 1647, Sacramento, California. I know from other interviews of WARREN
and documents he provided that he controls Triduanum. According to media reports, the
Triduanum website acknowledged that the company exceeded its line-of-credit with its bank by
$20 Million.

     20.    On or about February 3, 2009, I logged onto website, www.triduanum.com.
There is a tab on the homepage of Triduanum that allows users to view the seven-page essay
purportedly written by WARREN entitled, "Restoring International Confidence in American
MSB/CMBS/ABS Investment System by CHRISTOPHER J. WARREN." A copy of
WARREN's seven-page essay is attached to the back of the criminal complaint as Attachment A.
[Assuming authorship,] WARREN wrote, in pertinent part:

> As a 19 then 20 year old boy, my managers and handlers
> taught me the ins and outs of mortgage fraud, drugs, sex,
> and money, money, and more money...And more than half
> the staff manipulating documents to get loans to fund and
> more then 75% just completely made false statements on
> 1003s regarding stated income etc to get loans funded. A
> typical welcome aboard gift was a pair of scissors, tape,
> and white out, three things a loan officer or financial
> professional should never need. Of course no where in
> training OR in management training did this 20 year old
> ever learn that false statements on a 1003 were a federal
> offense. Overall in the two and half years I was at
> Ameriquest I funded over $90,000,000 in mortgages, of
> which more then $75,000,000 contained some sort of
> material frauds undetected by management and
> funders...So at the ripe old age of 22, I founded a mortgage
> brokerage/bank - WTL FINANCIAL INC., at 22, a
> fraudster trained by the best corporate environment for
> fraud, I built a company modeled after the movie boiler
> room...Over the course of the 3 years, over $810,000,000
> in mortgage backed securities originated from my
> companies. That's a 24 year old selling a billion dollars in
> bad mbs securities which by 2008 were in default with out
> doubt...It was time to learn new things: money laundering,
> escrow company management, real estate, flipping, lease-
> backs, joint ventures, llc until capital offerings. I found my
> place to learn AFG HOLDINGS COMPANY, the parent

company of LOOMIS WEALTH SOLUTIONS, AFP of
California LLC., AFG Technologies, and Nationwide
Lending Corp(their mortgage banking division). I started as
the general manager for the mortgage company, turning it
around in 90 days...The complete operation was highly
illegal and a form of a panzi [sic] scheme. Still, I had no
problems or resistance in getting close to fifty million in
mortgages purchased and closed...There is currently an
investigation into my role with this firm and likely I myself
will be indicated...Built a fraudster by my trainers in
corporate America. Mastered the fraud. Trained others in
the fraud. Paid by the fraud. Mastered mortgage banking,
escrow, real estate. Every scam possible: fraud for profit,
fraud to fund loans for the under-qualified, fraud of evasion
of taxes, reverse flipping, flipping, false liens, software
manipulation. And it utterly disgusts me. Looking back at
the life I have led, I beg a higher power for forgiveness. For
mercy.



21.     The investigation revealed that on or about February 1, 2009, WARREN using the
email address of cwarren@triduanum.com emailed Sacramento Bee reporter Denny Walsh at
DWalsh@sacbee.com. The email to WALSH included the confession statement (discussed
above) that WARREN would post later on the Triduanum website. The email from WARREN
lists his credentials as being the former vice president of LWS. In the email to Walsh,
WARREN also boasts that his credentials also include that he is the former best friend and
business partner of Garret Griffith Gililland III, who was recently indicted on over twenty counts
of mortgage fraud, money laundering, and conspiracy to manufacture marijuana plants. See
Case No. 2:08-CR-376 EJG. Indeed, in an interview with Special Agent Mark Roberts of the
F.B.I., WARREN admitted to doing fraudulent mortgage loans with Gililland. WARREN
specifically admitted to guilt in Count 24 of the Superseding Indictment against Gililland.
WARREN admitted to serving as the escrow agent for the purchase of real property at 3737
Castle Pine Lane #4412, Orlando, Florida, for straw buyer Reyes Jimenez Gonzales. WARREN
admitted that he knew at the time that Reyes Jimenez Gonzales was a straw buyer in multiple
fraudulent transactions processed by loan officers in Southern California that WARREN claimed
were also drug dealers. Additionally, Special Agent Roberts obtained multiple fraudulent emails
in the Gililland case. In one email that WARREN sent in or around May 2008, WARREN
informed Gililland and others in the scheme that he could falsify certain information for straw
buyers, but not all information. SA Roberts showed this email to WARREN and he admitted it
was from him and was made in furtherance of multiple fraudulent transactions.



I learned of

22.     On February 4, 2009, according to IRS-CI intelligence resources,
CHRISTOPHER WARREN fled the country on a private jet on February 2, 2009.



## V.  **CONCLUSION**

23.     In summary, I have probable cause to believe that between on or about September 17, 2007 through on or about July 7, 2008, CHRISTOPHER J. WARREN a/k/a MARK A. SEAGRAVE conspired to commit bank fraud, in connection with a loan in violation of 18 U.S.C. §§ 2, 1349, & 1344, committed mail fraud, in violation of 18 U.S.C. §§ 2, 1341, and operated a continuing financial crimes enterprise, in violation of 18 U.S.C. §§ 225, 2.

Christopher  S. Fitzpatrick
Special Agent
Internal Revenue Service–Criminal Investigation

Approved as to form:

Russell L. Carlberg
Assistant United States Attorney

Subscribed and sworn to before
me this _____ day of February, 2009

Kimberly J. Mueller
United States Magistrate Judge

10

# ATTACHMENT A

# RESTORING INTERNATIONAL CONFIDENCE IN AMERICAN MBS/CMBS/ABS INVESTMENT SYSTEM
## BY: CHRISTOPHER JARED WARREN

### A. Resume

Before diving into the heart of what is wrong, why its wrong, and what is needed to fix it, I must speak on my qualifications for this dissertation to substantiate my arguments. My name is Christopher Jared Warren, and in 2001 I was hired as a 19 year old to become a sales Account Executive for ACC Capital Holdings subsidiary, the now infamous "Ameriquest Mortgage Company". Over the next three years of employment, I became the shining star of "portfolio retention", a predatory division that would specialize in refinancing home owners who JUST got loans from Ameriquest in the last 24 months. I was the number one producer in the region over 60% of the time I was there, the company sent me to management training in Orange CA twice, trips to the Super bowl twice, Hawaii and Las Vegas based on my large production statistics and paychecks. Most moths I would individually sell more then $5,000,000 in volume and bring in over $30,000 in net income......typically ore then 15 loans with more then 3 points and all rates higher then 7.00% - much higher then industry standard at the time and not to mention not bad for a 19-22 year old kid with no degree. As a19 then 20 year old boy, my managers and handlers taught me the ins and outs of mortgage fraud, drugs, sex, and money, money, and more money. My friend and manager handed out crystal methamphetamine to loan officers and to kid to keep them up and at work longer hours. At any given moment inside the restrooms - cocaine and meth was being snorted by my estimates more than a third of the staff, and more than half the staff manipulating documents to get loans to fund and more then 75% just completely made false statements on 1003s regarding stated income etc to get loans funded. A typical welcome aboard gift was a pair of scissors, tape, and white out, three things a loan officer or financial professional should never need.. Of course no where in training OR in management training did this 20 year old ever learn that false statements on a 1003 were a federal offense. Overall in the two and half years I was at Ameriquest I funded over $90,000,000 in mortgages, of which more then $75,000,000 contained some sorts of material frauds undetected by management and funders. However, near the end of my employment there, I had hacked the computer systems run by EMPOWER for Ameriquest and was clearing my own funding conditions with no documentation, literally waiving file conditions as if I were an underwriter. The day I left I left with the entire customer database. I had made over $700,000 I was 22 had beat their system, had gotten paid and ripped off one of the largest private companies in the worlds entire customer database.

So what to do with 680,000 Ameriquest customer private information? Well...........start a mortgage company and offer better rates and lower fees then AMC. So at the ripe old age of 22, I founded a mortgage brokerage/bank - WTL FINANCIAL INC., at 22, a fraudster trained by the best corporate environment for fraud, I built a company modeled after the movie boiler room and got WTL licensed in OR CA, MN, CT, RI, FL as a mortgage banking company. From 2004 until its grand 2007 collapse, WTL killed it. As a 22, 23, and 24 year old with no credentials I made

over $2.25m all of which was spent on 24 cars(at 26 the number is only 31 total), 5 houses, drugs, 1 engagement and split, 1 300 person wedding, 2 kids. Our company boasted region-best 30,000 square feet, 120 employees, and handling a monthly gross revenue over $5m. Fraud was rampant. We found investors that were not re-pulling credit reports, so we would change a 500 fico to a 700 fico, a person in foreclosure and make It look like they were never late, fake w2s, pay stubs, bank statements, verification of deposits, none of which was being re-verified. These investors, who were securitizing these assets as AAA rated were not even verifying anything in the files? I am sure that their investors were *assured* everything from correspondents was being audited. Every time a lender caught a file we would "fire" the employee produce termination paperwork to the investor, and re-hire the employee under a different alias. Over the course of the 3 years, over $810,000,000 in mortgage backed securities originated from my companies. That's a 24 year old selling a billion dollars in bad mbs securities which by 2008 were in default with out doubt. With the collapse of sub prime giant New Century, came our defeat, as we were too big and too stiff to be agile enough to change.

So then in 2007 I diversified. I knew everything at the age of 25 about mortgage banking, origination, funding, reselling securities, underwriting. It was time to learn new things: money laundering, escrow company management, real estate, flipping, lease-backs, joint ventures, llc unit capital offerings. I found my place to learn AFG HOLDINGS COMPANY, the parent company of LOOMIS WEALTH SOLUTIONS, AFP of California LLC., AFG Technologies, and Nationwide Lending Corp(their mortgage banking division). I started as the general manager for the mortgage company, turning it around in 90 days. When I showed up they hadn't funded a loan in 66 days, they had no warehouse line and no investors. Within 90 days NLG was funding again, with a warehouse line, investors like Indymac, Lehman Brothers, and CITI Mortgage Corp. The trick to this company was simple: AFG would partner with developers and buy real estate at 50 cents on the dollar, then sell it to his "financial consulting" members for 80 cents on the dollar, wed appraise the properties at 100 cents on the dollar artificially inflate the purchase prices so the loans were at 80 AFG would credit back the down and the closing costs. AFG would net 25 points per closing and promise the buyers they would oer the mortgage payment, property management and even buy them free life insurance policy if they bought enough houses. This is what you call a classic panzi scheme because it requires exponential growth to continue. Words I never knew or understood prior to my experience there. Even in that volatile and crunching down market, fraud was still easy to execute. Another $44m funded while I managed the firm, until I got kicked out for starting my own title and escrow company. The complete operation was highly illegal and a form of a panzi scheme. Still, I had no problems or resistance in getting close to fifty million in mortgages purchased and closed. Loomis Wealth and AFG Holdings ended up getting indicted by the Department of Justice after extensive investigation by the FBI and the IRS. There is currently an investigation into my role with this firm and likely I myself will be indicted.

Built a fraudster by my trainers in corporate America. Mastered the fraud. Trained others in the fraud. Paid by the fraud. Mastered mortgage banking, escrow, real estate. Every scam possible: fraud for profit, fraud to fund loans for the under-qualified, fraud of evasion of taxes, reverse flipping, flipping, false liens, software manipulation.

And it utterly disgusts me. Looking back at the life I have led, I beg a higher power for forgiveness. For mercy. For I got caught up, my first corporate experience taught me fraud mixed

with drugs and money. The very top ranks of the corporate ladders knew what was going on. "When a pool of loans gets audited they will audit less then 10% of that bulk pool, and if they find a loan with misreps we simply replace it with a loan from another pool and put the bad loan back in to another pool and hope it wont get audited"2002 Vice President of Collateral – Ameriquest Mortgage in Orange, CA. But its always the small guy, the kid, the kid off the street with no college degree no ethics training no nothing they teach how to do their dirt, like a gang recruiting a minor who will only go to juvy. I was only rewarded for my actions. Trips, over 16 trophies from AMC alone, prizes and huge paychecks. I am disgusted. This is the reason American Mortgage Backed Securities and ABS pools are being hammered and default rates are at heir highest level. And what has been bred is a new generation of younger fraudsters that are young, technology adapt, and much quick and innovative then their two generation older counter-part regulators and regulation authors.

And it is around that final point that is the center for this memo on mortgage fraud its consequences and final solution: the disparity between the talent of the regulators and the fraudsters. The age plays into it. The ambition and drive plays into it. The technology plays into it. But still, if you could only put the correct people at the top of regulation, writing the reg manuals and enforcing them to 100% on pre-purchasing of assets by the government, you could literally cut mortgage fraud down so massively that you could see a return to below traditionally acceptable foreclosure rates, somewhere in the $1.5 - 2.5\%$ range vs the typically accepted range of 3-5% and the current level of 13.9% and in California, FL, NV over 21%. That's right, eliminate mortgage fraud. Completely. Forever.

And if it doesn't happen, this economic downturn which was entirely started by mortgage fraud(well get into that in a minute) will continue to plague us and housing will not get a solid footing in housing again because currently I would speculate that over 40% of mortgage securitizations today in Q1 2009 have some form of misrepresentation on them, whether detected or undetected. If you fix MBS and ABS securities, you will re-ignite performance and foreign and domestic investors will believe again in a broken system, putting back much needed cash into the system to increase liquidity, balance sheet, and the overall economic production of the nation.

I helped ruin this nations economy. Almost a billion dollars of toxic assets came from me making others above me rich beyond my imagination. They asked for more and more, knowingly, and I gave it to them. Now I intend to fix it and help the best I can by sharing what I have learned and know. I am the best at what I was taught and then re-created again and again and mastered myself. I am the best man for shutting it down. Completely and forever.

## 2. The Heart of The Problem

The credit crisis. The recession. The total fall out of investors foreign and domestic fleeing from once-loved American ABS and MBS securities. The fall out of the this has spread to a lack of liquidity from home owners to corporations, affecting everything from gas to employment figures, to the auto industry. The current state of the financial markets as of Q1 09 entirely has its roots in the mortgage and real estate collapse which in turn crippled and effectively killed the credit markets. When the problems first started arising in 2006, economic experts predicted that the problem was only a "sub prime" and "alt a" problem that would stay confined to the companies like Long Beach Mortgage, Ameriquest, New Century, ABC Mortgage, Indymac, those companies that insured, purchased, and securitized loans with horrible underwriting

guidelines. The problem was this: it wasn't just these independent or subsidiary companies at all. Deutche Bank, Merryl Lynch, Citi Group, all were purchasing insanely high volumes of funded loans with horrible underwriting guidelines that would have made an underwriter from the 70s or 80s complete scream at the top of his lungs in concern. But its not just the underwriting guidelines that caused this, because that is already fixed by Q1 09. In today's current climate, underwriting guidelines are where they should be. Full documentation on income, lower levels of debt allowed vs your income, and more needed for down payments or more equity to be approved for a refinance. All this being done, still does not come close to fixing the problem. Now, more then ever, in this market, as an industry insider I see more fraud happening now then in 2005. More fraud. Bigger fraud. Bigger profits. More defaults and foreclosure. So the underwriting is fixed but the industry still cannot improve the performance of their mortgage backed securities.

The problem is mortgage fraud has morphed, and will never ever bee a stagnate thing. The regulators, managers, qc department employees, guideline writers, and board members of mortgage lending institutions and banks are all, when averaged, over the age of forty seven. The average mortgage fraudster is in mid twenties to early thirties. Most fraudsters are complete idiots, as they are just the typical criminal, that have found a different arena to smash around in. They are the easy ones to find: first payment defaults, obvious white out on documents, 1003s that don't match Super pages or cant pass a Veri-tax.com Mortgage Fraud Report. The current system is good at catching these gentlemen and ladies. The problem is the 5% of fraudsters out there there are extremely intelligent, agile, and constantly innovating techniques to beat every effort of the anti-fraud forces in the banking industry. Age plays into this, because the youth is innovative and aggressive, and as we age and approach AARP land, we become less nimble in our mind, closed to new ideas.

I actually had an FBI agent ask me "how in this market with all the changes is it even still possible to get cash back on a purchase". Any FBI agent who has to ask that question, shouldn't be involved in a mortgage fraud investigation, period. This example brings us the second problem, and that's the individuals fighting fraud are doing it completely backwards and with the wrong skill-sets. Mortgage fraud can be, should be, and is desperately needed to be fought from the front, aggressively stopping mortgage fraud before the funding date by a special division, a nationwide division, that is focused on mortgage data, title and records, and streaming information from investors, funders, and originators. Mortgage fraud currently is regulated by prosecution. This is unacceptable.

Lastly there is way too much duplication in our current system of collateralized lending and mortgage securitization. This leads to poor performance, fragmented information sharing if any at all, and low securities performance. The fact is simple that with the nationalization of Freddie and Fannie that is four government-owned agencies that are purchasing and/or insuring over 96.5% of the mortgage fundings on residences in America. That is so beyond against the constitution, but mandatory in todays market. We must realize that subsidy is the savior from depression, which can easily be accepted once studied. But if the government if this country is going to be this big of a player on the nations biggest natural resource: American land and lending on that land, then it absolutely and unequivocally cannot run it like it runs most of its bureaucracy's: inefficiently. It has to be streamlined. It has to be non-duplicated in roles and responsibilities. It has to have its own internal mechanisms of regulations and controls and checks and balances.

Why are there THREE institutions that do the EXACT same thing for the federal government and the three boards and senior managements of those firms take out over $200m a year in compensation when the companies are losing money? Why is the performance of the securities suffer so much? Because they aren't doing it right and haven't been. The answer is simple: the mortgage industry fell behind the technology industry department, and never caught up, and it has cost them and now the entire country greatly, in the trillions of dollars.

The philosophy is wrong: instead of regulation by prosecution it should be regulation to prevent fraudulent fundings. This has to change first and foremost. When your at war, and trust me, this is a financial war with huge consequences(fraud losses topping over ¾ of a trillion dollars in 2008), you don't wait for the opposing enemy to bomb, then invade your home towns and then after they have burned your bridges and farms and houses drop a nuke on your own home town to kill them. That is the equivalent of our current regulation. Let the fraudsters do fraud, they fund a bunch of bad loans, and after the losses have piled high enough then and only then do we go in a tear it all up. You have to catch them upfront. Its possible. The current staffing, regulators, and investors simply are too under-qualified, under-trained, and not coordinated with each other enough to make it happen. Their solution is fancy computer modular software that gives you "mortgage fraud scores" or "avm modules" to "reconcile discrepancies". Its all bullshit, I have beaten those computer models time and time again and other fraudsters know how to as well and you will continue to see the same results if the same regulators, regulation writers, and enforces stay in place that exist today.

The analysis is wrong: many times FBI agents who just got transferred from narcotic divisions or international assignments are put on mortgage fraud with absolutely no background. It has taken me ten years of learning to get to where I am and I would consider myself an extremely capable and fast learner far above average and anyone with less then five experience has no right leading or working a mortgage fraud case. Mortgage fraud cases MUST be worked by industry insiders. And while there must be oversight and traditional law enforcement structure and attorneys at the top and managing it, those insiders must be younger or show extreme signs of quick learning ability and/or demonstrate knowledge of today's advanced fraud techniques. Its a very basic principle that each generation that comes up through the professional world takes the work from the previous generation and makes strides to improve the efficiencies, technologies, and methods of the generation before them. The industry must self regulate with law enforcement assistance with the help of the generation and industry insiders. Meaning if a majority of the fraud is being committed by 20-30 year olds inside the industry utilizing highly technological techniques why do you have 40-60 year olds who don't understand the technology who got transferred to this type of work from interstate commerce, traditional banking, narcotics,etc? You wouldn't and you shouldn't. As previously stated, traditional law enforcement figures are fine for oversight and management but you must leverage the best from the other side against themselves, increasing efficiency bringing in the newer fresher though processes with a better and more concrete understanding of the business and the fraud. The bigger and more elaborate the fraudster, the better permanent asset that individual could be if flipped into a consultant and/or employee for the federal government, specifically the Department of Justice and the Mortgage Fraud tasks forces.

The time is wrong: the FBI and DOJ are prosecuting their regulation. This is incorrect because by being reactive instead of proactive you are allowing massive frauds to occur for billions and billions of dollars in losses and damages further pushing MBS and ABS ratings into the dump, and eroding investor confidence in the securities. You regulate by doing just that, regulating. Increase efficiencies and processes, require more burden of proof prior to loan funding and re-sale on capital markets. Operate under the assumption that every mortgage application is being processed by a fraudulent borrower, loan officer, processor, or underwriter. Assume that the computer technology being used by investors and mortgage banking institutions are inadequate and are already being beaten by fraudsters, because they are. Assume nothing works and that no matter what the "representations and warrants" are of a warehouse lender, the correspondent lender, or the Freddie Mac or Fannie Mae seller, that is not good enough and there is truly no amount of net worth or security can cover a 50% default or fraud rating.

Change the philosophy change the analysis, change the team and/or add a lot of new team mates, and change the timing of regulation.

### C. Executing Change and Expected Results, A Return to Stability in Securities

Just on the platform that our new commander in chief used, the time for change is now. You can restore confidence in MBS and ABS, and REITS, and American investing by eliminating fraud. Today the guidelines have been fixed, but the fraud hasn't, and it has worsened. As more and more loan officers go broke and more and more real estate professionals go broke they are turning to fraud to fund deals and raise money. Eliminate fraud and you lower delinquencies, get rid of foreclosures restore confidence in securities, restore confidence and the credit markets are restored, and with credit markets restored the rest of the economy will utilize much needed facilities and regain a solid footing once again. Literally you can fix the majority of the problems by regulation and eliminating fraud. Streamlining effeciencies must be the first step by merging the four government agencies into two(Freddie, Fannie, Ginnie, and HUD) into two (HUD and Freddie) and have Freddie absorb FNMA and Ginnie Mae. Immediately cutting overhead and costs by over 60% and reducing the staffing and overhead costs, hence increasing profitability for the government to help offset costs of future defaults of all the mortgages booked prior the execution of a business plan modeled after this memo.

Next step is to increase the information sharing by all agencies and utilize a platform as an information verification center. MERS is a perfect government-sponsored entity is the perfect entity for this. It is already used as an anti-fraud and mortgage transferree platform by all four government investment houses, all major mortgage funding sources, and a majority of correspondent lenders. Expand its access to include title searching capabilities, access to all IRS documentation, and access to FDIC depository records and SEC holding records to verification of assets independent from the origination processes. Use this verification platform to build the security, as opposed to utilizing documentation provided by borrower and/or originator. While this will be the most expensive and very costly endeavour, it pales in comparison to the hundreds of billions of dollars spent on curing and/or selling toxic assets insured by the tax payers at a loss. Even at a cost of $1b the return on investment will be over 1000%.

Then infuse talent to any and all federal mortgage fraud investigations currently in process, and mandate co-operation by all lenders and investment companies for the new blood to have access to files prior to funding and pipeline reviews - truly regulating pipelines and helping find criminals prior to funding. Have all Suspicious Activity Reports filed in regards to mortgage activity immediately diverted to the new task forces force teams. Just as any part of the FBI you bring in talent on every level, low level, mid level, and management. Not to replace but to act in concert, provide guidance and speciality information to assist with the cases, and identify and prevent mortgage fraud in action before fundings occur, bringing regulation to pro-active instead of re-active.

Following this steps increases efficiency, saves billions of dollars, gets the right people in the right place, utilizes the talent of the people that actually know what to look for, and will bring defaults caused by fraud down to acceptable levels: 0-1%. At a maximum. This is what is wrong and how to fix it. I am the man for the job, Chris Warren, have the management experience, the banking experience, and could assist in the oversight of the most major transformation of mortgage regulation without changing one guideline and still completely eliminate mortgage fraud and restore confidence in the American dream and the securities that that very dream provides for investors. The performance of the securities improves, the funds will come back, the government can re-sell off positions in Freddie Mac, or keep possession and return to massive profitability which could act as a huge profit center to help pay for many needed budget and defecit shortfalls and provides answers for the overall performance of the national budget and economy.

Christopher Jared Warren